| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address<br>**Lauren Mayfield Foley 271404**<br>**2780 Skypark Dr. Ste 228**<br>**Torrance, CA 90505**<br>**(310) 851-8073 Fax: (310) 851-8078**<br>**271404 CA**<br>**Lauren@cerobalance.com**<br><br>☐ *Debtor(s) appearing without an attorney*<br>☑ *Attorney for Debtor(s)* | FOR COURT USE ONLY |
|---|---|

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| In re:<br><br>**Raquel Rios Garcia**<br><br><br>Debtor(s). | CASE NO.:<br>CHAPTER: **7** |
|---|---|
| | **DECLARATION BY DEBTOR(S) AS TO WHETHER INCOME WAS RECEIVED FROM AN EMPLOYER WITHIN 60 DAYS OF THE PETITION DATE**<br>[11 U.S.C. § 521(a)(1)(B)(iv)]<br><br>[No hearing Required] |

Debtor(s) provides the following declaration(s) as to whether income was received from an employer within 60 days of the Debtor(s) filing this bankruptcy case (Petition Date), as required by 11 U.S.C. § 521(a)(1)(B)(iv):

Declaration of Debtor 1

1. ☑ I am Debtor 1 in this case, and I declare under penalty of perjury that the following information is true and correct:

    **During the 60-day period before the Petition Date** (Check only ONE box below):

    ☑ **I was paid by an employer.** Attached are copies of all statements of earnings, pay stubs, or other proof of employment income I received from my employer during this 60-day period. (If the Debtor's social security number or bank account is on a pay stub or other proof of income, the Debtor must cross out (redact) the number(s) before filing this declaration.)

    ☐ **I was not paid by an employer** because I was either self-employed only, or not employed.

Date: 10/18/2024      **Raquel Rios Garcia**                              _/s/_
                     Printed name of Debtor 1              Signature of Debtor 1

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2015                                Page 1                              F 1002-1.EMP.INCOME.DEC

**My NFI**

National Distribution Centers LLC
PO Box 96001
Camden, NJ 08101
877-634-3777

**Pay Statement**

| | |
|---|---|
| Period Start Date | 08/25/2024 |
| Period End Date | 08/31/2024 |
| Pay Date | 09/06/2024 |
| Document | 3527310 |
| **Net Pay** | **$475.00** |

## Pay Details

**RAQUEL RIOS GARCIA**
1312 MAGNOLIA AVE
GARDENA, CA 90247
USA

| | | | | |
|---|---|---|---|---|
| Employee Number | 164067 | Pay Group (HR Only) | NDC West Coast Weekly |
| SSN | XXX-XX-XXXX | Location | CA- TORRANCE |
| Job | Material Handler | Business | 100 - Distribution |
| Pay Rate | $17.5134 | Division | 1241 - LA BASIN-PUMA |
| Pay Frequency | Weekly | Region | 200200 - 2- Dist NDC LLC |
| | | Department | 91008 - 91008-Puma Apparel-TorrCA |

## Earnings

| Pay Type | Hours | Pay Rate | Current | YTD |
|---|---|---|---|---|
| Bereavement | 0.000000 | $0.0000 | $0.00 | $420.32 |
| Bonus OTR CA | 0.000000 | $0.0000 | $0.00 | $130.00 |
| California Sick | 0.000000 | $0.0000 | $0.00 | $420.32 |
| Co. OT | 0.083333 | $8.7567 | $0.73 | $707.68 |
| COLB | 0.000000 | $0.0000 | $0.00 | $33.61 |
| Holiday | 0.000000 | $0.0000 | $0.00 | $420.33 |
| OT15H | 0.083333 | $17.5134 | $1.46 | $1,415.32 |
| PTO | 0.000000 | $0.0000 | $0.00 | $542.64 |
| PTO Incentive | 0.000000 | $0.0000 | $0.00 | $490.37 |
| Regular Pay | 39.983333 | $17.5134 | $700.24 | $17,754.52 |
| SIC - SICK PLAN | 0.000000 | $0.0000 | $0.00 | $455.36 |

**Total Hours** 40.066666

## Deductions

| Deduction | Pre-Tax | Employee Current | Employee YTD | Employer Current | Employer YTD |
|---|---|---|---|---|---|
| 401(k) Loan | No | $20.00 | $440.00 | $0.00 | $0.00 |
| 401K | Yes | $7.02 | $226.27 | $0.00 | $0.00 |
| ROTH 401K | No | $70.24 | $2,262.72 | $0.00 | $0.00 |
| 401k Match | No | $0.00 | $0.00 | $28.10 | $905.07 |
| AD&D | No | $0.00 | $0.00 | $0.14 | $5.04 |
| Life Insurance | No | $0.00 | $0.00 | $1.31 | $47.16 |

## Taxes

| Tax | Current | YTD |
|---|---|---|
| Federal Income Tax | $55.30 | $1,325.50 |
| Employee Medicare | $10.18 | $330.46 |
| Social Security Employee Tax | $43.55 | $1,413.01 |
| CA State Income Tax | $13.41 | $493.06 |
| CA Disability Employee | $7.73 | $250.70 |

## Paid Time Off

| Plan | Current | Balance |
|---|---|---|
| PTO | 0.8800 | 5.7400 |
| PTOI | 0.0000 | 6.0000 |
| PTOI Avl Payout | 0.0000 | 2.0000 |
| PTOI Vesting | 0.0000 | 0.0000 |
| Sick | 0.0000 | 0.0000 |

## Net Pay Distribution

| Account Number | Account Type | Amount |
|---|---|---|
| xxxxxxxxxx1877 | Checking | $25.00 |
| xxxxx2203 | Checking | $450.00 |
| Total | | $475.00 |

## Pay Summary

| | Wages | Subsistence | Taxes | Deductions | Net Pay | FIT Taxable Wages |
|---|---|---|---|---|---|---|
| Current | $702.43 | | $130.17 | $97.26 | **$475.00** | $695.41 |
| YTD | $22,790.47 | | $3,812.73 | $2,928.99 | $16,048.75 | $22,564.20 |

vsn 20180801

**My NFI**

National Distribution Centers LLC
PO Box 96001
Camden, NJ 08101
877-634-3777

**Pay Statement**

| | |
|---|---|
| Period Start Date | 08/04/2024 |
| Period End Date | 08/10/2024 |
| Pay Date | 08/16/2024 |
| Document | 3499677 |
| **Net Pay** | **$443.33** |

## Pay Details

**RAQUEL RIOS GARCIA**
1312 MAGNOLIA AVE
GARDENA, CA 90247
USA

| | | | | |
|---|---|---|---|---|
| Employee Number | 164067 | Pay Group (HR Only) | NDC West Coast Weekly |
| SSN | XXX-XX-XXXX | Location | CA- TORRANCE |
| Job | Material Handler | Business | 100 - Distribution |
| Pay Rate | $17.5134 | Division | 1241 - LA BASIN-PUMA |
| Pay Frequency | Weekly | Region | 200200 - 2- Dist NDC LLC |
| | | Department | 91008 - 91008-Puma Apparel-TorrCA |

## Earnings

| Pay Type | Hours | Pay Rate | Current | YTD |
|---|---:|---:|---:|---:|
| Bereavement | 0.000000 | $0.0000 | $0.00 | $420.32 |
| Bonus OTR CA | 0.000000 | $0.0000 | $0.00 | $130.00 |
| California Sick | 0.000000 | $0.0000 | $0.00 | $420.32 |
| Co. OT | 0.133333 | $8.7567 | $1.17 | $703.59 |
| COLB | 0.000000 | $0.0000 | $0.00 | $33.61 |
| Holiday | 0.000000 | $0.0000 | $0.00 | $420.33 |
| OT15H | 0.133333 | $17.5134 | $2.34 | $1,407.15 |
| PTO | 3.500000 | $17.5134 | $61.30 | $542.64 |
| PTO Incentive | 0.000000 | $0.0000 | $0.00 | $490.37 |
| Regular Pay | 33.583333 | $17.5134 | $588.16 | $15,793.61 |
| SIC - SICK PLAN | 0.000000 | $0.0000 | $0.00 | $455.36 |

Total Hours  37.216666

## Deductions

| Deduction | Pre-Tax | Employee Current | Employee YTD | Employer Current | Employer YTD |
|---|---|---:|---:|---:|---:|
| 401(k) Loan | No | $20.00 | $380.00 | $0.00 | $0.00 |
| 401K | Yes | $6.53 | $206.54 | $0.00 | $0.00 |
| ROTH 401K | No | $65.30 | $2,065.40 | $0.00 | $0.00 |
| 401k Match | No | $0.00 | $0.00 | $26.12 | $826.14 |
| AD&D | No | $0.00 | $0.00 | $0.14 | $4.62 |
| Life Insurance | No | $0.00 | $0.00 | $1.31 | $43.23 |

## Taxes

| Tax | Current | YTD |
|---|---:|---:|
| Federal Income Tax | $49.42 | $1,175.54 |
| Employee Medicare | $9.47 | $301.85 |
| Social Security Employee Tax | $40.48 | $1,290.67 |
| CA State Income Tax | $11.26 | $458.27 |
| CA Disability Employee | $7.18 | $228.99 |

## Paid Time Off

| Plan | Current | Balance |
|---|---:|---:|
| PTO | 0.8800 | 3.1000 |
| PTOI | 0.0000 | 0.0000 |
| PTOI Avl Payout | 0.0000 | 2.0000 |
| PTOI Vesting | 0.0000 | 0.0000 |
| Sick | 0.0000 | 0.0000 |

## Net Pay Distribution

| Account Number | Account Type | Amount |
|---|---|---:|
| xxxxxxxxxx1877 | Checking | $25.00 |
| xxxxx2203 | Checking | $418.33 |
| Total | | $443.33 |

## Pay Summary

| | Wages | Subsistence | Taxes | Deductions | Net Pay | FIT Taxable Wages |
|---|---:|---:|---:|---:|---:|---:|
| Current | $652.97 | | $117.81 | $91.83 | **$443.33** | $646.44 |
| YTD | $20,817.30 | | $3,455.32 | $2,651.94 | $14,710.04 | $20,610.76 |

vsn 20180801

**My NFI**

National Distribution Centers LLC
PO Box 96001
Camden, NJ 08101
877-634-3777

**Pay Statement**

| | |
|---|---|
| Period Start Date | 08/11/2024 |
| Period End Date | 08/17/2024 |
| Pay Date | 08/23/2024 |
| Document | 3502347 |
| **Net Pay** | **$387.06** |

## Pay Details

**RAQUEL RIOS GARCIA**
1312 MAGNOLIA AVE
GARDENA, CA 90247
USA

| | | | | |
|---|---|---|---|---|
| Employee Number | 164067 | Pay Group (HR Only) | NDC West Coast Weekly | |
| SSN | XXX-XX-XXXX | Location | CA- TORRANCE | |
| Job | Material Handler | Business | 100 - Distribution | |
| Pay Rate | $17.5134 | Division | 1241 - LA BASIN-PUMA | |
| Pay Frequency | Weekly | Region | 200200 - 2- Dist NDC LLC | |
| | | Department | 91008 - 91008-Puma Apparel-TorrCA | |

## Earnings

| Pay Type | Hours | Pay Rate | Current | YTD |
|---|---|---|---|---|
| Bereavement | 0.000000 | $0.0000 | $0.00 | $420.32 |
| Bonus OTR CA | 0.000000 | $0.0000 | $0.00 | $130.00 |
| California Sick | 0.000000 | $0.0000 | $0.00 | $420.32 |
| Co. OT | 0.200000 | $8.7567 | $1.75 | $705.34 |
| COLB | 0.000000 | $0.0000 | $0.00 | $33.61 |
| Holiday | 0.000000 | $0.0000 | $0.00 | $420.33 |
| OT15H | 0.200000 | $17.5134 | $3.50 | $1,410.65 |
| PTO | 0.000000 | $0.0000 | $0.00 | $542.64 |
| PTO Incentive | 0.000000 | $0.0000 | $0.00 | $490.37 |
| Regular Pay | 32.000000 | $17.5134 | $560.43 | $16,354.04 |
| SIC - SICK PLAN | 0.000000 | $0.0000 | $0.00 | $455.36 |

**Total Hours** 32.200000

## Deductions

| Deduction | Pre-Tax | Employee Current | Employee YTD | Employer Current | Employer YTD |
|---|---|---|---|---|---|
| 401(k) Loan | No | $20.00 | $400.00 | $0.00 | $0.00 |
| 401K | Yes | $5.66 | $212.20 | $0.00 | $0.00 |
| ROTH 401K | No | $56.57 | $2,121.97 | $0.00 | $0.00 |
| 401k Match | No | $0.00 | $0.00 | $22.63 | $848.77 |
| AD&D | No | $0.00 | $0.00 | $0.14 | $4.76 |
| Life Insurance | No | $0.00 | $0.00 | $1.31 | $44.54 |

## Taxes

| Tax | Current | YTD |
|---|---|---|
| Federal Income Tax | $39.05 | $1,214.59 |
| Employee Medicare | $8.20 | $310.05 |
| Social Security Employee Tax | $35.07 | $1,325.74 |
| CA State Income Tax | $7.85 | $466.12 |
| CA Disability Employee | $6.22 | $235.21 |

## Paid Time Off

| Plan | Current | Balance |
|---|---|---|
| PTO | 0.8800 | 3.9800 |
| PTOI | 6.0000 | 6.0000 |
| PTOI Avl Payout | 0.0000 | 2.0000 |
| PTOI Vesting | 0.0000 | 0.0000 |
| Sick | 0.0000 | 0.0000 |

## Net Pay Distribution

| Account Number | Account Type | Amount |
|---|---|---|
| xxxxxxxxxx1877 | Checking | $25.00 |
| xxxxx2203 | Checking | $362.06 |
| Total | | $387.06 |

## Pay Summary

| | Wages | Subsistence | Taxes | Deductions | Net Pay | FIT Taxable Wages |
|---|---|---|---|---|---|---|
| Current | $565.68 | | $96.39 | $82.23 | **$387.06** | $560.02 |
| YTD | $21,382.98 | | $3,551.71 | $2,734.17 | $15,097.10 | $21,170.78 |

vsn 20180801